IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEANUTS WORLDWIDE LLC,**<br><br>         Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>         Defendants, | **Case No.: 1:23-cv-2965**<br><br>**Judge:** The Honorable Rebecca R. Pallmeyer |

## NOTICE OF MOTION

### ELECTRICIAN GUY'S MOTION PURSUANT TO RULE 55(c); 60(b) TO VACATE ENTRY OF JUDGMENT AND/OR DEFAULT JUDGMENT

   PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Rule 55(c), Rule 60(b) and other relevant rules and practices of this Court, the Defendant identified "Electrician Guy" on an Exhibit to a purported Return of Service (ECF 27-2 at p. 3) and listed on Schedule A of a Judgment (ECF 37) shall appear before the Honorable District Judge Rebecca R. Pallmeyer at such time as this matter may be scheduled to be heard and shall present for consideration the following Motion:

   Motion by Electrician Guy pursuant to Federal Rules of Civil Procedure Rules 55(c), 60(b) and other relevant rules and practices for this Court for Order vacating the Entry of Default, vacating the Default Judgment, unsealing all filings in this Matter, and extending the time for "Electrician Guy" to appear and Move to Dismiss and for such other and additional relief as this Court may deem appropriate.

**Dated:** September 4, 2023

                                        RESPECTFULLY SUBMITTED,

By:      _____

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
Fax: (212) 859-7307
bg@gottesmanlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2023, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Amy Crout Ziegler, Esq.**
**Justin R. Gaudio, Esq.**
**Marcella Deshonda Slay, Esq.**
**Trevor Christian Talhami, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 987-2926
Email: Aziegler@gbc.Law
      Jgaudio@gbc.Law
      Mslay@gbc.Law
      Ttalhami@gbc.Law
*Counsel for Plaintiff Peanuts Worldwide LLC*