**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **PEANUTS WORLDWIDE LLC,**<br><br>                          Plaintiff,<br><br>      *~ against ~*<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>                       Defendants, | **Case No.: 1:23-cv-2965**<br><br>**Judge:** The Honorable Rebecca R. Pallmeyer |

---

**AFFIDAVIT IN FURTHER SUPPORT OF**

**ELECTRICIAN GUY's**

**MOTION TO VACATE DEFAULT JUDGMENT**

---

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for Defendant "Electrician Guy"*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**PEANUTS WORLDWIDE LLC,**

                                Plaintiff,

        *~ against ~*

**THE PARTNERSHIPS** *and*
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A",**

                                Defendants,

**Case No.: `1:23-cv-2965`**

**Judge:** The Honorable Rebecca R. Pallmeyer

        **BARUCH S GOTTESMAN, ESQ.**, an attorney admitted to the roster of Attorneys of this Court, hereby respectfully affirms the truth of the following under the penalty of perjury:

        1.      I am the attorney for the "Electrician Guy" and am fully familiar with the facts and circumstances that I describe below.

        2.      This affirmation is submitted in further support Electrician Guy's Motion to Vacate the Entry of Default and Default Judgment and for other Relief.

3.     We respectfully submit this supplementary material in support of the

Motion.  Each of the Exhibits below are complete, true and accurate copies of their original.

| Exhibit | Document | Role in this Motion |
|---|---|---|
| **Exhibit A** | Baidu Baike (Encyclopedia Entry) of Defendant in original and Chrome translation | Showing that Defendant's information including address and confirmation of its status is easily available.. |
| **Exhibit B** | Google Search and Copy of First Entry | Showing that even using a Search Engine that famously does not operate in the People's Republic of China, shows the information required to confirm Defendant's address |
| **Exhibit C** | Bing Map Search for Defendant's Address | Showing how straightforward it is to find the Defendant's address when using a map search that operates in China |

4.     For the reasons explained fully in the accompanying Memorandum

of Law, the Defendant respectfully submits that the Entry of Default and Default Judgment

should be vacated, and Electrician Guy's time to respond to the Complaint should be

extended to a date provided by the Court.

DATED:     **SEPTEMBER 26, 2023**

RESPECTFULLY SUBMITTED,

By:

Baruch S. Gottesman, Esq.
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com
*Counsel for "Electrician Guy"*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2023, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Amy Crout Ziegler, Esq.**
**Justin R. Gaudio, Esq.**
**Marcella Deshonda Slay, Esq.**
**Trevor Christian Talhami, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 987-2926
Email: Aziegler@gbc.Law
        Jgaudio@gbc.Law
        Mslay@gbc.Law
        Ttalhami@gbc.Law
*Counsel for Plaintiff*