https://baidu.baidu.com/item/陕西优雅生活影视传媒有限公司/24137252?fr=ge_ala

**Baidu百科**

陕西优雅生活影视传媒有限公司

进入词条　全站搜索　帮助

近期有不法分子冒充百度百科官方人员，以删除词条为由威胁并敲诈相关企业。在此严正声明：百度百科是免费编辑平台，绝不存在收费代编服务，请勿上当受骗！详情>>

首页　　秒懂百科　　特色百科　　用户　　知识专题　　权威合作　　　　　下载百科APP　　个人中心

# 陕西优雅生活影视传媒有限公司

◁播报　✎编辑　讨论　上传视频

公司

✎ 本词条缺少概述图，补充相关内容使词条更完整，还能快速升级，赶紧来编辑吧！

　　陕西优雅生活影视传媒有限公司于2019年10月09日成立。法定代表人尹亮,公司经营范围包括：广播电视节目（影视剧、片）策划、拍摄、制作、发行；网站运营管理；广告的设计、制作、代理、发布；演出服务；摄影服务；平面设计；灯箱、标识标牌的设计、制作；舞台艺术造型；企业管理咨询；企业形象策划；文化艺术交流活动组织策划；会议会展服务；展览展示服务；礼仪庆典服务；品牌营销策划；电脑图文设计、制作；计算机系统集成；计算机技术开发及技术服务；美术设计；日用百货、服装、化妆品、保健用品、食品的销售等。[1]

| 公司名称 | 陕西优雅生活影视传媒有限公司 | 总部地点 | 陕西省西安市曲江新区雁翔路3769号和众曲江城阅6号楼一单元2702室 |
| 成立时间 | 2019年10月09日 | | |

## 参考资料

1. 词条初始信息均引自国家企业信用信息公示系统 . . 百度百科企业词条极速创建通道[引用日期2019-11-12]

词条统计

浏览次数：281次
编辑次数：2次历史版本
最近更新：饮水此 (2022-11-28)

突出贡献榜
鸿鸫天成车也

| 1 | 聊天话术 | 12 | 出口代理公司 |
| 2 | 跨境电商怎么做 | 13 | b2b电商平台 |
| 3 | 聊天机器人 | 14 | 跨境电商平台 |
| 4 | 学习日语 | 15 | 自己创建个网站 |
| 5 | 引流推广 | 16 | 什么是erp系统 |
| 6 | 安全工程师 | 17 | 亚马逊 |
| 7 | 做外贸的平台 | 18 | 电商怎么做 |
| 8 | 日语自学网 | 19 | erp管理系统 |
| 9 | 跨境电商网 | 20 | 营养师考试 |
| 10 | 学日语 | 21 | 公众号引流 |
| 11 | 毕业论文网站 | 22 | 传媒专业 |

# 相关搜索

| 开代驾公司有什么条件 | 陶瓷厂 | gls | 斗地主残局 | 买什么液晶电视比较好 |
| 皮带输送机构 | 华为5g手机价格 | | | |

⑦ 新手上路　　📖 我有疑问　　📧 投诉建议

成长任务　编辑入门　　内容质疑　在线客服　　举报不良信息　未通过词条申诉
编辑规则　本人编辑 NEW　官方贴吧　意见反馈　　投诉侵权信息　封禁查询与解封

©2023 Baidu 使用百度前必读 | 百科协议 | 隐私政策 | 百度百科合作平台 | 京ICP证030173号
🔴 京公网安备11000002000001号

https://baike.baidu.com/activity/knowledge?pageKey=GpL8FseD-1&cdVersion=0.1.15&channel=baike_pcyxbanner

Web page   news   Tieba   Know   netdisc   picture   video   map   library   Encyclopedia       Baidu homepage   Log in   register

Baidu百科    陕西优雅生活影视传媒有限公司    ✕    **Enter entry**   Site Search   help

Recently, criminals have impersonated Baidu Encyclopedia officials and threatened and extorted relevant companies on the pretext of deleting entries. We hereby solemnly declare: Baidu Encyclopedia is a free editing platform and there is no paid editing service. Please do not be deceived! Details >>    ✕

front page   Understand   Featured   user   Knowledge topics   authoritative   📱 Download Encyclopedia APP   & Personal center

⊕ | ☆ collect | 👍 1 | 💬 0

# Shaanxi Elegant Life Film and Television Media Co., Ltd.

◁》broadcast    ✎ edit    ⚪ discuss    📹 Upload video

company

📄 This entry lacks **an overview diagram**. Add relevant content to make the entry more complete and quickly upgrade. Come and edit it!

    Shaanxi Elegant Life Film and Television Media Co., Ltd. was established on October 9, 2019. Legal representative Yin Liang, the company's business scope includes: planning, filming, production, and distribution of radio and television programs (films, TV series, and films); website operation and management; advertising design, production, agency, and release; performance services; photography services; graphic design ; Design and production of light boxes and signs; stage art modeling; corporate management consulting; corporate image planning; cultural and artistic exchange event organization and planning; conference and exhibition services; exhibition display services; etiquette and celebration services; brand marketing planning; computer graphic design, Production; computer system integration; computer technology development and technical services; art design; sales of daily necessities, clothing, cosmetics, health products, food, etc. [1]

| Company Na... | Shaanxi Elegant Life Film and Television Media Co., Ltd. | headquarter ... | Room 2702, Unit 1, Building 6, Hezhong Qujiang Chengyue, No. 3769 Yanxiang Road, Qujiang New District, Xi'an City, Shaanxi Province |
|---|---|---|---|
| Established | October 09, 2019 | | |

## References

1 ↑ The initial information of the entries is quoted from the National Enterprise Credit Information Publicity System 🔗 . Baidu Encyclopedia rapid creation channel for enterprise entries [cited date 2019-11-12]

---

**Entry statistics**

Number of views: 281 times
Number of edits: 2 historical versions
Recent updates:
Drink this (2022-11-28)

**Outstanding Contribution List**

Hongju is a perfect car ⚠

| 1 | 聊天话术 | 12 | 出口代理公司 |
|---|---|---|---|
| 2 | 跨境电商怎么做 | 13 | b2b电商平台 |
| 3 | 聊天机器人 | 14 | 跨境电商平台 |
| 4 | 学习日语 | 15 | 自己创建个网站 |
| 5 | 引流推广 | 16 | 什么是erp系统 |
| 6 | 安全工程师 | 17 | 亚马逊 |
| 7 | 做外贸的平台 | 18 | 电商怎么做 |
| 8 | 日语自学网 | 19 | erp管理系统 |
| 9 | 跨境电商网 | 20 | 营养师考试 |
| 10 | 学日语 | 21 | 公众号引流 |
| 11 | 毕业论文网站 | 22 | 传媒专业 |

## related search

| What are the requirement... | Ceramic factory | gls | Landlord Endgame | Which LCD TV is better t... |
|---|---|---|---|---|
| Belt conveyor machine | Huawei 5g mobile phone ... | | | |

❓ Newbie on the road

Growth tasks   Getting started with editing
Edit rules   Edited by myself

📖 I have questions

Content question   online service
Official forum
Feedback

🗨 Suggestions

Report inappropriate information   Failed to appeal through entries
Complain about infringement information
Block query and unblock