

 "Elegant Life Recruitment"-BOSS

https://m.zhipin.com/gongsi/3cbfe5dbd7c4e19a0XB52NS1Fg~~.html

 BOSS直聘  Search jobs  information

# Elegant life

20-99 people·Angel Wheel· Media



| company information | Hot job positions(0) |

## Elegant Life Company Introduction

 Company Profile

Professional platform for women's growth and social life

## product description

 Women's learning and life platform

Women learn and grow

## Company photos



1/2

## company address

company address



Business information

company name: Shaanxi Elegant Life Film and Television Media Co., Ltd.

Date of establishment: 2019-10-09

Registered capital: 5000000

Legal representative: Yin Liang

type of enterprise: Limited liability company (natural person investment or holding)

Business status: Open for business

Registered address: Room 2702, Unit 1, Building 6, Hezhong Qujiang Chengyue, No. 3769 Yanxiang Road, Qujiang New District, Xi'an City, Shaanxi Province

Unified social credit code: 91610133MA6X5YHP0R

Business Scope: Planning, filming, production, and distribution of radio and television programs (films, TV dramas, and films); website operation and management; design, production, agency, and distribution of advertising; performance services; photography services; graphic design; design and production of light boxes and logos; stage Artistic styling; corporate management consulting; corporate image planning; cultural and artistic exchange event organization and planning; conference and exhibition services; exhibition display services; etiquette and celebration services; brand marketing planning; computer graphic design and production; computer system integration; computer technology development and technology Services; art design; sales of daily necessities, clothing, cosmetics, health care products, and food. (Projects that require approval according to law can only carry out business activities after approval by relevant departments)

close ∧

City recruitment:     Expand ∨

Suqian recruitment    Xinyang Recruitment    Xishuangbanna Dai Autonomous Prefecture Recruitment    Jiuquan Recruitment    Chuxiong Yi Autonomous Prefecture Recruitment    Suzhou recruitment

Home > Elegant Life

2019-11-04 The first position update time on the hot job page