

3769 Yanxiang Rd, Yanta District, Xi'an, Shaanxi, China