IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PEANUTS WORLDWIDE LLC,**<br><br>Plaintiff,<br><br>~ *against* ~<br><br>**THE PARTNERSHIPS** *and* **UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**<br><br>Defendants, | **Case No.: 1:23-cv-2965**<br><br>**Judge:** The Honorable Rebecca R. Pallmeyer |

**DEFENDANT ELECTRICIAN GUY'S DOCKETING STATEMENT**

The Defendant-Appellant Electrician Guy hereby states the following as its Docketing Statement pursuant to the Seventh Circuit Court of Appellate Procedure 3(c)1:

**I.    District Court Jurisdiction**

The District Court had jurisdiction in this case pursuant to 28 U.S.C. § 1331, becase Peanuts Worldwide brought their action was brought pursuant to the Lanham (Trademark) Act, 15 U.S.C. § 1501, *et seq.*, and the Copyright Act, 17 U.S.C. § 501, *et seq.*

**II.    Appellate Court Jurisdiction**

The United States Court of Appeals for the Seventh Circuit has jurisdiction over this case, pursuant to 28 U.S.C. §§ 1291 and 1294.

By Memorandum Opinion and Order dated June 25, 2024 (ECF 53), the Honorable District Court Judge Rebecca R. Pallmeyer denied the Defendant-Appellant's

Motion to Vacate the Default Judgment, giving effect to the Final Judgment Order issued on default against Electrician Guy on June 30, 2023 (ECF 37).

The Defendant-Appellant Electrician Guy timely filed their Notice of Appeal on June 27, 2024 (ECF 54).

### III. Prior Appellate Proceedings

There have been no prior appellate proceedings in this matter.

### IV. Counsel of Record on Appeal

Counsel of Record for the Defendant-Appellant before the United States Court of Appeals for the Seventh Circuit will be:

>Baruch S. Gottesman, Esq.
>GOTTESMAN LEGAL PLLC
>11 Broadway, Suite 615
>New York, NY 10004
>Phone: (212) 401-6910
>bg@gottesmanlegal.com

DATED: **JUNE 27, 2023**

RESPECTFULLY SUBMITTED,

By: *[signature]*

Baruch S. Gottesman, Esq.
Attorney for Defendant Electrician Guy
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004

Phone: (212) 401-6910
bg@gottesmanlegal.com

# CERTIFICATE OF SERVICE

        I hereby certify that on June 27, 2024, simultaneous with the filing of this Submission, a copy of this submission was served upon counsel for all Appearing Parties using the court's CM/ECF system which will provide a notice of electronic filing to the following counsel of record of consent in writing to accept this notice of service of this document by electronic means:

**Amy Crout Ziegler, Esq.**
**Justin R. Gaudio, Esq.**
**Marcella Deshonda Slay, Esq.**
**Trevor Christian Talhami, Esq.**
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Dr., Suite 2500
Chicago, IL 60606
Phone: (312) 987-2926
Email: Aziegler@gbc.Law
       Jgaudio@gbc.Law
       Mslay@gbc.Law
       Ttalhami@gbc.Law
*Counsel for Plaintiff*