# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 9, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-2170 <br><br> Caption: <br> PEANUTS WORLDWIDE LLC, <br>          Plaintiff - Appellee <br><br> v. <br><br> ELECTRICIAN GUY, <br>          Defendant - Appellant |
| District Court No: 1:23-cv-02965 <br> District Judge Rebecca R. Pallmeyer <br> Clerk/Agency Rep Thomas G. Bruton <br><br> Date NOA filed in District Court: 06/27/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)